Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of District
_____ Division

Plaintiff(s)
Hanna Laurie Taylor

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

P.J. Maureen Beirne / Bradford County Pa.
Pat Beirne / Bradford County Public Defenders

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:19cv659
(to be filled in by the Clerk's Office)

FILED
SCRANTON
APR 17 2019
PER _____
DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Hanna Laurie Taylor
   All other names by which you have been known: Hanna Laurie Flannery
   ID Number: 2000-0169
   Current Institution: Bradford County Correctional Facility
   Address: 15927 Rte. 6 FMHU
   Troy, Pa 16947
   City / State / Zip Code

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Maureen T Beirne
      Job or Title (if known): President Judge
      Shield Number:
      Employer: Bradford County Court House Judges Chamber
      Address: 301 Main Street
      Towanda, Pa 18848
      City / State / Zip Code
      ☐ Individual capacity   ☒ Official capacity

   Defendant No. 2
      Name: Pat Beirne
      Job or Title (if known): Assistant Chief Public Defender
      Shield Number:
      Employer: Bradford County Public Defenders Office
      Address: 301 Main Street
      Towanda, Pa 18848
      City / State / Zip Code
      ☐ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City    State    Zip Code
  ☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

   A.   Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☒ State or local officials (a § 1983 claim)

   B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        Fair and Just Sentencing from A Judge / Incompetent Counsel

   C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I recieved an extensive amount of time in an illegal sentence order imposed by PJ Maureen Beirne. I did not recieve Competant Counsel from Pat Beirne, By No means was he adequately or Competant representing me and had my best intrest first and formost.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) Being held in a County Facility Knowing Nothing about my Case

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

P.T. Maureen Beirne is supposed to hand down legal, Just, fair punishment. To know the laws and sentencing guidelines and regulations. She intentionally gave me an extnsive illegale state Sentence for charges that do not constitute prison time.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pat Beirne by no means was Competent in representing me. I asked for credit for previous time served. I spoke and told him this was my first Conviction. The Judge Beirne and Pat Beirne had no intentions of making sure I recieved a legal and just Sentence. They are Family - Isn't that Conflict of interest?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

March 25, 2019 when I spoke to Dep Warden Quattrini, he informed me there was a problem. I recieved an illegal sentence. I can not recieve a state sentence for the imposing charges. I cant get any help from the public defenders office.

**D.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Was given an extensive, unjust, illegal prison sentence from P.J Maureen Beirne. My lawyer was incompetent in representing me - Not doing what was right by me. Judge lied in my sentencing order stating this was my 2nd conviction when its my first. Not given me proper credit for all time served. Not giving me time served for 2017 charge. Public defenders office is not helping me its going on 2 months now.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to recieve time served and be released.

I would like to be compensated for all the days I was forced to be in jail, when I should have been free.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Bradford County Correctional Facility*

*10 AM Dep Warden Pete Quattrini went over my paperwork with me, explained I have an illegal sentence.*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

*I was never given any info on what to do next, or my options from anyone.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes
☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I wrote several letters to Chief public Defender Richard Wilson stating I want a new lawyer and a new Judge. I want credit for the 2017 retail theft I served time. I want credit for previous time served

2. What did you claim in your grievance?

Incompetant and inadequate Counsel
Incompetant Judge - Unjust and unfair sentencing

3. What was the result, if any?

Nothing - I still know nothing. I cant get any help from them.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *No one will help me*

   *I was never given any information or the options available to me.*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   *Chief Public Defender Richard Wilson   Dep Warden Pete Quattrini*
   *Paralegal Angela      att: Chad Salsman*
   *Assistant Chief Pat Beirne      Counselor Prickitt*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *I should have been given my options and choices as to what help is available and what steps to take.*

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No    Habeas Corpus

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ~~[redacted]~~ Hanna Taylor
   Defendant(s) Maureen Beirne P.J.  Pat Beirne

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Bradford County     Pennsylvania

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   April 16, 2019

6. Is the case still pending?
   ☒ Yes
   ☒ No
   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) *Hanna Taylor*
   Defendant(s) *Maurine Beirne Bradford County PJ / Asst Chief Public Defender*

2. Court *(if federal court, name the district; if state court, name the county and State)*

   *Bradford County Pa*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

   *April 16, 2019*

6. Is the case still pending?
   ☒ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 15, 2019

Signature of Plaintiff: *Hanna Laurie Taylor*
Printed Name of Plaintiff: Hanna Laurie Taylor
Prison Identification #: 2000-069
Prison Address: B.C.C.F 15927 Rt. 6
Troy, Pa 16947
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
_____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____



**County of Bradford**

Daniel L. Thorp
Fiscal Director

Karen A Zulkosky
Joy E. Dieffenbach
Beth A. Smith
Account Clerks

**Collections Office**
**301 Main Street**
**Towanda, PA  18848**
**(570)265-1746**

March 20, 2019

HANNA LAURIE TAYLOR
BRADFORD COUNTY PRISON  DOC# 2000-069
15927 ROUTE 6
TROY, PA  16947

*[handwritten: Says nothing about an aggregate sentence #08CR0000588-2017]*

On February 25, 2019, a re-sentencing order was entered on your behalf of the offense of Possession of a Controlled Substance.

Attached to your sentencing order was a payment instruction sheet giving you information regarding payment of the amount that you owe for your case filed to Docket Nos.CP-08-CR-0000261-2018 with a balance of $3,582.17.

If any questions, please contact our office in writing or you may call our office at the phone number above.
**Please report to Bradford County Collections Office once you are released from the Bradford County Correctional Facility.**

Sincerely,

Joy E. Dieffenbach
Account Clerk

*[handwritten: I already did 3 months for 08CR000588 2017 and recieved a fine. Now trying to make me do time again]*

Commonwealth of Pennsylvania
Court of Common Pleas
County of Bradford
42nd Judicial District



**Itemized Account of Fines, Costs, Fees, and Restitution**

Commonwealth of Pennsylvania
v.
Hanna Laurie Taylor

Hanna Laurie Taylor
Endless Mountain Mission Center
51 Mission Center Dr.
Troy, PA 16947

*I wasn't even on treatment court but for a couple months. They want me to pay the fee for 2 years!*

Docket No: CP-08-CR-0000261-2018

### Assessments to be paid by Hanna Laurie Taylor

**Costs/Fees**

| Description | Distribution Account | Assessment Balance |
|---|---|---|
| Transportation Costs (Bradford) | BRADFORD CTY TREASURER | $4.36 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | COMM - CST1 | $10.55  7 |
| Treatment Court Fees (Bradford) | CTY - 08 | $2,000.00 |
| ATJ | COMM - ATJ | $6.00 |
| Clerks Fee (Bradford) | BRADFORD COC | $137.00 |
| State Writ Tax (Bradford) | BRADFORD CTY PROTHY | $0.50 |
| Transportation Costs (Bradford) | BRADFORD CTY TREASURER | $3.27 |
| Substance Abuse Education (Act 198 of 2002) | CTY | $50.00 |
| Firearm Education and Training Fund | COMM - FETA | $5.00 |
| Electronic Monitor (Bradford) | BRADFORD CTY TREASURER | $24.22 |
| Transportation Costs (Bradford) | BRADFORD CTY TREASURER | $1.82 |
| Substance Abuse Education (Act 198 of 2002) | COMM - SAE | $50.00 |
| Transportation Costs (Bradford) | BRADFORD CTY TREASURER | $1.45 |
| Judicial Computer Project | COMM - JCP | $8.00 |
| Victim Witness Service (Act 111 of 1998) | COMM - VWS | $22.50 |
| County Warrants (Bradford) | BRADFORD CTY TREASURER | $10.00 |
| County Court Cost (Act 204 of 1976) | CTY | $34.15 |
| Med. Fees BCCF (Bradford) | BRADFORD CTY TREASURER | $3.00 |
| CJES | COMM - CJES | $2.50 |
| Treatment Court Incentive Fee (Bradford) | BRADFORD CTY TREASURER | $520.00 |
| State Court Costs (Act 204 of 1976) | COMM - COST | $12.30 |
| Proth. Automation (Bradford) | BRADFORD CTY PROTHY | $5.00 |
| Electronic Monitor (Bradford) | BRADFORD CTY TREASURER | $107.26 |
| OAG - JCP | COMM - OAG | $2.50 |
| Domestic Violence Compensation (Act 44 of 1988) | COMM - DVC | $10.00 |
| Judgment Cost (Bradford) | BRADFORD CTY TREASURER | $23.00 |
| JCPS | COMM - JCPS | $21.25 |
| Transportation Costs (Bradford) | BRADFORD CTY TREASURER | $6.54 |
| Crime Victims Compensation (Act 96 of 1984) | COMM - CVC | $0.00 |
| | | **$3,082.17** |

**Fines**

| Description | Distribution Account | Assessment Balance |
|---|---|---|
| Crimes Code, etc. | CTY | $500.00 |
| | | **$500.00** |

Court of Common Pleas - Bradford County
Bradford County Collections Department
301 Main Street
Towanda, PA 18848

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.

CPCMS 2123
Printed: 03/20/2019 7:55:03AM

1



FREE INTERPRETER
www.pacourts.us/language-rights
570-265-1707

**Commonwealth of Pennsylvania**
**v.**
**Hanna Laurie Taylor**

**Itemized Account of Fines, Costs, Fees, and Restitution**

Docket No: CP-08-CR-0000261-2018

Assessments to be paid by Hanna Laurie Taylor

**Distribution Account Balance Due:**   **Assessment Balance**
                                         **$3,582.17**

I hereby certify that as of the date indicated below Hanna Laurie Taylor is indebted to the County of Bradford for the sum of $3582.17 which is the balance due of all fines, costs, fees, and restitution that have accrued as of this date in the above-captioned case. Upon receipt of this statement please contact the collection office to make payment arrangements.

Original Case Balance: $3,619.67

3/20/19
Date

(Signature of Issuing Authority)

Court of Common Pleas - Bradford County
Bradford County Collections Department
301 Main Street
Towanda, PA  18848

You can now make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at *http://ujsportal.pacourts.us/epay* to make a payment and learn more.

CPCMS 2123
Printed: 03/20/2019  7:55:03AM

2



**FREE INTERPRETER**
www.pacourts.us/language-rights
570-265-1707

COMMONWEALTH OF PENNSYLVANIA: IN THE COURT OF COMMON PLEAS

vs.                                  : BRADFORD COUNTY, PENNSYLVANIA

HANNA LAURIE TAYLOR          : NO. CP-08-CR0000261-2018

## ORDER

**AND NOW,** this 25th day of February, 2019, the defendant having entered a plea of guilty in open court on April 23, 2018, to the offense of Possession of a Controlled Substance, a second offense, having been sentenced to County Intermediate Punishment which was revoked, the defendant is resentenced to imprisonment, the minimum of which shall be sixteen (16) months and the maximum of which shall be thirty-six (36) months. The defendant shall pay a fine of Five Hundred ($500.00) Dollars and shall pay the cost of prosecution.

[handwritten annotations: "1st offense", "Not true" (pointing to "second offense"), "served in 2018"]

Said sentence shall run consecutively to the sentence imposed at 08CR0000588-2017. It is the intention of the Court that the defendant's aggregate minimum sentence shall be nineteen (19) months, five (5) days and the aggregate maximum sentence shall be forty-eight (48) months, ninety (90) days. Defendant shall receive credit of two hundred thirty-four (234) days toward the aggregate sentence.

Defendant is eligible for a RRRI minimum sentence on this offense of twelve months.

BY THE COURT:

/s/ Maureen T. Beirne        P.J.
Maureen T. Beirne, President Judge

as
attn.: Court Administrator
cc: BC Probation Dept.
    BC Sheriff's Office
    BCCF
    BC DA Office
    BC PD Office, BC Collections Office

2018 → Febuary 20  until August 8, 2018 - incarcerated in BCCF
This time should have cleared the 2017 retail theft.
→ I was sentenced to 45 days followed by 2 years treatment court for my first This possession charge.

2018 → August 8, 2018  until September 5, 2018
Court ordered inpatient at Gaudenzia Common Ground Harrisburg, Pa
Upon completion I was sent to another inpatient

2018 → September 5, 2018  until October 19, 2018
I graduated Conewago Snyder Rt 522 Beaver Town, Pa

2019 → January 6, 2019  until Present  incarcerated in BCCF

From 2017 and 2018 until this very day I should have 375 credited as time served not 249

removing the ankle monitors without permission
I plead guilty to Criminal mischief - damage Property
I was given a fine of $200 restitution $100 costs $160.25 = $460.25

I've enclosed the paperwork.

I have been clean and sober for over a year now since Feb 27, 2018
I have came a long way and appriciate the help I have recieved
I still have a long Journey ahead of me.
I don't deserve this harsh, unjust and extensive Sentence. I deserve and have a right to competant counsel and a fair Judge.
I feel 15 months time served is just and fair for my first retail theft and first possession charge.

Hieroshima Taylor

My home mailing address is Hanna L Taylor
72 Campbell lane
Canton, Pa 17724
message # 570-673-8044

*Hanna Laurie Taylor*

4-15-19

I Called the public Defenders office this morning. Its going on 2 months later and still nothing, No changes No word that they are working on it.

*Hanna Laurie Taylor*

BCCF 2000-0104
Hanna Taylor
15924 Rt. 6
Troy, Pa 16947



RECEIVED
SCRANTON
APR 17 2019
PER _____ DEPUTY CLERK

Office of the Clerk
United States Distric Court
for the
Middle Distric of Pennsylvania
William J Nealon Federal Bldg & U.S. Courthouse
235 North Washington Ave
P.O. Box 1148
Scranton, Pa 18501-1148

