# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANNA LAURIE TAYLOR, | |
| Plaintiff, | NO. 4:19-CV-0659 |
| v. | (JUDGE CAPUTO) |
| MAUREEN BEIRNE, *et al.*, | |
| Defendants. | (MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, this 27th day of June, 2019, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge